FILED

2008 JUN -4 PM 4:01

CLERK US
SOUTHERN DISTRICT OF CALIFORNIA

BY_____/s/_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand 08-CR 1808 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. _____ |
|                            Plaintiff, ) | I N D I C T M E N T |
|       v.                           ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| HERBERTH MORALES-SOSA,              ) | |
|                            Defendant. ) | |

The grand jury charges:

On or about March 20, 2008, within the Southern District of California, defendant HERBERTH MORALES-SOSA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:nlv:San Diego
6/2/08

It is further alleged that defendant HERBERTH MORALES-SOSA was removed from the United States subsequent to June 27, 2002.

DATED: June 4, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2