FILED
2008 JUN -4 PM 4:00
CLERK US
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | '08 CR 1808 IEG |
| v. ) | <u>NOTICE OF RELATED CASE</u> |
| HERBERTH MORALES-SOSA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Herberth Morales-Sosa</u>, Criminal Case No. 08CR1334-IEG.

DATED: June 4, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney