```
                                              FILED
                                          08 AUG 13 PM 4:09
                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY: ECL          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Criminal Case No. 08CR1808-IEG |
| Plaintiff,  ) | I N D I C T M E N T |
|   ) | **(Superseding)** |
| v.  ) | |
|   ) | Title 8, U.S.C., Secs. 1326(a) |
| HERBERTH MORALES-SOSA,  ) | and (b) - Attempted Entry After |
|   ) | Deportation |
| Defendant.  ) | |

The grand jury charges:

On or about March 20, 2008, within the Southern District of California, defendant HERBERTH MORALES-SOSA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing theborder from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

ADBL:nlv:San Diego
8/12/08

It is further alleged that defendant HERBERTH MORALES-SOSA was removed from the United States subsequent to June 27, 2002.

DATED: August 13, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
A. DALE BLANKENSHIP
Assistant U.S. Attorney